NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JIMMI TYLER REBISH,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE INTERIOR,**
*Respondent.*

---

2014-3087

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-13-0362-I-1.

---

**ON MOTION**

---

**O R D E R**

Jimmi Tyler Rebish moves without opposition for a 14-day extension of time to allow Susan Buxton to transition as the attorney of record.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that Rebish's initial brief, any motion to proceed in forma pauperis (or

2                              REBISH v. INTERIOR

payment of the docketing fee), and his Rule 15(c) state-
ment concerning discrimination are due within 30 days of
the date of filing of this order.


                              FOR THE COURT

                              /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court



s21